428 A.2d 271

Commonwealth v. Davis, Appellant.

Argued December 3, 1979.  Marianna M. Perkins, for appellant; Cynthia Severinson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

The order of the lower court is hereby affirmed.